No. 36. EX PARTE LE ROY.—Motion filed by petitioner at the special sitting of the Supreme Court requesting consideration and decision of the appeal taken from a decision rendered in this case by Mr. Justice MacLeary on August 12, 1911. Decided August 15, 1911. Motion overruled because the court held that it had no jurisdiction to take cognizance of and decide the case at the special sitting held this day. *Mr. Herminio Díaz Navarro* for petitioner.

---

No. 37. EX PARTE LE ROY.—Petition presented to Mr. Justice del Toro for a writ of *habeas corpus*. Decided August 25, 1911. Motion overruled for the reasons stated in the opinion. *Mr. Herminio Díaz Navarro* for petitioner. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 740. Cosío Y PRIMO *v.* FRITZE, LUNDT & Co.—Appeal from the District Court of Ponce. Decided October 2, 1911. Appeal withdrawn on motion of appellants. *Mr. Julio M. Padilla* for appellants. *Mr. José A. Poventud* for respondents.

---

No. 744. CRESTAR *v.* ROSARIO.—Appeal from the District Court of Mayagüez. Decided October 2, 1911. Appeal withdrawn on motion of appellant. *Mr. José Sabater* for appellant. *Mr. José Benet* for respondent.

---

No. 741. LACOT ET AL. *v.* CANDALL ET AL.—Appeal from the District Court of Ponce. Decided October 2, 1911. Appeal withdrawn on motion of appellant. *Mr. José F. Fernández* for appellant.